# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136297

GAYNELL MCINTYRE, Personal Representative
of the Estate of LORENE PENDLEY, Deceased,
        Plaintiff-Appellee,

v

SUBBA CHAVALI, MD,
        Defendant-Appellant,

and

KUIMIL K. MOHAN, MD,
        Defendant.

_____/

SC: 136297
COA: 274526
Bay CC: 04-003784-NH

        On order of the Court, the application for leave to appeal the March 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk